The Honorable John C. Coughenour

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PUGET SOUND ENERGY,

        Petitioner,

v.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 77,

        Respondent.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 77,

        Plaintiff,

v.

PUGET SOUND ENERGY,

        Defendant.

No. 2:24-cv-01483-JCC

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS

**JOINT STIPULATION**

The parties hereto, through their undersigned attorneys, stipulate to the following briefing schedule:

1. Puget Sound Energy's (PSE) Motion for Summary Judgment will be filed and served no later than February 14, 2025.

2. International Brotherhood of Electrical Workers, Local No. 77's (Local 77) combined

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS
(Case No. 2:24-cv-01483) - 1
4887-2832-9716v.1 0098332-000069

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

Response to PSE's Motion for Summary Judgment and its own Motion for Summary Judgment will filed and served no later than March 21, 2025.

3. PSE's combined Reply in support of its Motion for Summary Judgment and its Response to Local 77's Motion for Summary Judgment will be filed and served no later than April 25, 2025.

4. Local 77's Reply in support of its Motion for Summary Judgment will be filed and served no later than May 2, 2025.

5. Both Motions will be noted for May 2, 2025.

DATED this 30th day of October, 2024.

          Davis Wright Tremaine LLP
          *Attorneys for Petitioner*

          By */s/ John G. Hodges-Howell*
              Harry J. F. Korrell, WSBA No. 23173
              John G. Hodges-Howell, WSBA No. 42151
              920 Fifth Avenue, Suite 3300
              Seattle, WA 98104-1610
              Phone: 206.622.3150
              Email: jhodgeshowell@dwt.com

          Robblee Detwiler
          *Attorneys for Respondent*

          By */s/ Bradley Medlin*
              Kristina Detwiler, WSBA No. 26448
              Bradley Medlin, WSBA No. 43486
              2101 Fourth Avenue, Suite 1530
              Seattle, WA 98121
              Phone: 206.467.6700
              Email: kdetwiler@unionattorneysnw.com
              Email: bmedlin@unionattorneysnw.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS
(Case No. 2:24-cv-01483) - 2
4887-2832-9716v.1 0098332-000069

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

**[PROPOSED] ORDER**

This matter came before the Court on a stipulation of the parties. For good cause shown, it is hereby ordered that:

6. Puget Sound Energy's (PSE) Motion for Summary Judgment will be filed and served no later than February 14, 2025.

7. Internation Brotherhood of Electrical Workers, Local No. 77's (Local 77) combined Response to PSE's Motion for Summary Judgment and its own Motion for Summary Judgment will filed and served no later than March 21, 2025.

8. PSE's combined Reply in support of its Motion for Summary Judgment and its Response to Local 77's Motion for Summary Judgment will be filed and served no later than April 25, 2025.

9. Local 77's Reply in support of its Motion for Summary Judgment will be filed and served no later than May 2, 2025.

10. Both Motions will be noted for May 2, 2025.

DATED this 31st day of October 2024.

_____
The Honorable John C. Coughenour

Presented by:

DAVIS WRIGHT TREMAINE LLP

By */s/ John G. Hodges-Howell*
Harry J. F. Korrell, WSBA No. 23173
John G. Hodges-Howell, WSBA No. 42151
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
Email: jhodgeshowell@dwt.com

*Attorneys for Petitioner*

ROBBLEE DETWILER

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS
(Case No. 2:24-cv-01483) - 3
4887-2832-9716v.1 0098332-000069

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

1  By */s/ Bradley Medlin*
   Kristina Detwiler, WSBA No. 26448
2  Bradley Medlin, WSBA No. 43486
   2101 Fourth Avenue, Suite 1530
3  Seattle, WA 98121
   Phone:  206.467.6700
4  Email:  kdetwiler@unionattorneysnw.com
   Email:  bmedlin@unionattorneysnw.com

*Attorneys for Respondent*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS
(Case No. 2:24-cv-01483) - 4
4887-2832-9716v.1 0098332-000069

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150